UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANU SHAH,<br>Plaintiff,<br>-v-<br>VIRAL BHAGAT,<br>Defendant. | 26-CV-6324 (RA) (RFT)<br>**ORDER** |

**ROBYN F. TARNOFSKY, UNITED STATES MAGISTRATE JUDGE**:

On September 11, 2026, Plaintiff filed a motion to partially seal certain documents filed by Defendant with his opposition to Plaintiff's application for a temporary restraining order, requesting that her residential address and photographs of her be redacted. (*See* ECF 28.) Defendant may file an opposition to Plaintiff's motion for partial sealing by **September 23, 2026** and Plaintiff may file a reply in further support of her motion by **September 25, 2026**. Plaintiff is further directed to serve on Defendant by email a copy of this Order by **September 18, 2026** and to file proof of such service on the docket that same day.

The Clerk of Court is respectfully requested to temporarily seal the documents at ECF 18-4, ECF 18-19, and ECF 18-20 with access to the parties and court personnel, pending a determination on Plaintiff's motion for partial sealing.

DATED: September 17, 2026
New York, NY

**SO ORDERED**.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**