UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANU SHAH, Plaintiff, -v- VIRAL BHAGAT, Defendant. | 26-CV-6324 (RA) (RFT) **ORDER** |

**ROBYN F. TARNOFSKY, UNITED STATES MAGISTRATE JUDGE**:

This action is scheduled for a status conference on **September 24, 2026 at 11:30 AM Eastern**. The parties should be prepared to discuss the status of the case. The parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 332 945 23#.**

Plaintiff is ORDERED to serve on Defendant by email a copy of this Order by **September 18, 2026** and to file proof of such service by the same day.

DATED: September 17, 2026
New York, NY

**SO ORDERED**.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**